JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar # 207387
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Decker@luch.com

Counsel for Plaintiffs,
Trustees of the Operating Engineers Pension Trust, et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE SOUTHERN CALIFORNIA SURVEYORS JOINT APPRENTICESHIP TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING LAND SERVICES, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 07-07967 GAF (SSx)<br><br>**JUDGMENT** |

This action having been commenced on December 6, 2007, and the Court having approved the stipulation of the parties for entry of judgment against defendant Sterling Land Services, Inc., and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday

-1-
**JUDGMENT**

128352.1

Savings Trust and Trustees of the Southern California Surveyors Joint Apprenticeship Trust shall recover from defendant Sterling Land Services, Inc., a California corporation, the principal amount of $32,830.91, together with pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum from April 1, 2008, until paid in full.

DATED: 4/24/08

_____
UNITED STATES DISTRICT JUDGE